UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Diane Gramenz,                                              Civil No. 05-687 (JRT/JJG)

      Plaintiff,

v.                                                          **ORDER FOR DISMISSAL**

3M Company,

      Defendant.

---

Lawson Anthony Waturuocha, **LAWSON WATS & ASSOCIATES**, 1575 University Avenue West, St. Paul, Minnesota 55104, for plaintiff.

David M. Wilk and Sarah L. Beuning, **LARSON KING**, 30 East Seventh Street, Suite 2800, St. Paul, Minnesota 55101, for defendants.

Based on the stipulation of the parties (Docket No. 43), **IT IS HEREBY ORDERED:**

1. The above-captioned action hereby is dismissed with prejudice, with all parties agreeing to bear their own costs and fees.

2. Judgment of dismissal with prejudice shall be entered without further notice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 15, 2006
at Minneapolis, Minnesota.                                       s/John R. Tunheim
                                                                            JOHN R. TUNHEIM
                                                        United States District Judge